UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

 ALFRED SCHNEIDER,

                                Plaintiffs,

      v.                                           Civil Action No. : 16-CV-6760

NAVIENT SOLUTIONS, INC.,

                                Defendant.
_____


**<u>AFFIRMATION OF SETH J. ANDREWS</u>**


Seth J. Andrews, an attorney at law, affirms under penalties of perjury that the following statements are true and correct:

1. That I am an attorney or record for the Plaintiff.

2. Annexed as **Exhibit "A"** is a true and correct copy of an economic hardship deferment request form that was obtained from the Department of Education's website- www.studentaid.ed.gov.

3. Annexed as **Exhibit "B"** is a true and correct copy of a printout showing the history of the FCC'S requests for approval with the Office of Management and Budget's ("OMB") from November 1992 through January 2017 .

4. Annexed as **Exhibit "C"** is a true and correct of the FCC's request to withdraw approval for the Budget Act Amendment to the TCPA.


Dated:  December 12, 2017                <u>s/Seth J. Andrews  </u>
                                         Seth J. Andrews