

## OMB Control Number History

OMB Control Number: 3060-0519

| ICR Ref. No. | Request Type | Date Received By OIRA | Conclusion Date | Conclusion Action |
|---|---|---|---|---|
| 201701-3060-011 | Revision of a currently approved collection | 01/17/2017 | 01/27/2017 | Withdrawn and continue |
| 201507-3060-005 | Revision of a currently approved collection | 07/08/2015 | 09/14/2015 | Approved without change |
| 201207-3060-012 | Revision of a currently approved collection | 07/31/2012 | 09/17/2012 | Approved without change |
| 201109-3060-003 | Extension without change of a currently approved collection | 09/08/2011 | 10/19/2011 | Approved without change |
| 201003-3060-008 | Revision of a currently approved collection | 03/22/2010 | 05/20/2010 | Preapproved |
| 200809-3060-003 | Revision of a currently approved collection | 09/16/2008 | 10/31/2008 | Approved without change |
| 200710-3060-012 | Extension without change of a currently approved collection | 10/23/2007 | 11/26/2007 | Approved without change |
| 200410-3060-016 | Revision of a currently approved collection | 10/29/2004 | 12/20/2004 | Approved without change |
| 200307-3060-011 | Revision of a currently approved collection | 07/29/2003 | 09/29/2003 | Approved without change |
| 200210-3060-001 | Revision of a currently approved collection | 10/02/2002 | 11/15/2002 | Approved without change |
| 200112-3060-018 | Extension without change of a currently approved collection | 12/21/2001 | 02/22/2002 | Approved without change |
| 199810-3060-013 | Extension without change of a currently approved collection | 10/19/1998 | 12/22/1998 | Approved without change |
| 199506-3060-014 | Emergency extension | 08/25/1998 | 08/25/1998 | Approved |
| 199506-3060-014 | Extension without change of a currently approved collection | 06/30/1995 | 09/05/1995 | Approved without change |
| 199211-3060-007 | New collection (Request for a new OMB Control Number) | 11/03/1992 | 12/30/1992 | Approved without change |

About Us | Related Resources | Disclosure | Accessibility | Privacy Policy | Contact Us

