| | Search ○ Agenda ○ Reg Review ● ICR |

Home | Unified Agenda | Regulatory Review | Information Collection Review | FAQs / Resources | Contact Us

Display additional information by clicking on the following: ☐ All ☑ Brief and OIRA conclusion ☐ Abstract/Justification ☐ Legal Statutes ☐ EO 13771 Designation ☐ Rulemaking ☐ FR Notices/Comments ☐ IC List ☐ Burden ☐ Misc ☐ Common Form Info ☐ Certification
View Information Collection (IC) List    View Supporting Statement and Other Documents

Please note that the OMB number and expiration date may not have been determined when this Information Collection Request and associated Information Collection forms were submitted to OMB. The approved OMB number and expiration date may be found by clicking on the Notice of Action link below.

## View ICR - OIRA Conclusion

**OMB Control No:** 3060-0519
**Status:** Historical Inactive
**Agency/Subagency:** FCC
**Title:** Rules and Regulations Implementing the Telephone Consumer Protection Act (TCPA) of 1991, CG Docket No 02-278
**Type of Information Collection:** Revision of a currently approved collection
**Type of Review Request:** Regular
**OIRA Conclusion Action:** Withdrawn and continue
Retrieve Notice of Action (NOA)
**Terms of Clearance:** Withdrawn at agency request

**ICR Reference No:** 201701-3060-011
**Previous ICR Reference No:** 201507-3060-005
**Agency Tracking No:** CGB

**Common Form ICR:** No

**Conclusion Date:** 01/27/2017
**Date Received in OIRA:** 01/17/2017

| | Inventory as of this Action | Requested | Previously Approved |
|---|---|---|---|
| Expiration Date | 09/30/2018 | 36 Months From Approved | 09/30/2018 |
| Responses | 147,368,997 | 147,434,797 | 147,368,997 |
| Time Burden (Hours) | 666,138 | 666,598 | 666,138 |
| Cost Burden (Dollars) | 2,745,000 | 2,745,000 | 2,745,000 |

About Us | Related Resources | Disclosure | Accessibility | Privacy Policy | Contact Us


