UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALFRED SCHNEIDER,

                              Plaintiffs,

  v.                                           Civil Action No. : 16-CV-6760

NAVIENT SOLUTIONS, INC.,

                              Defendant.
_____

## PLAINTIFF'S RESPONSE TO DEFENDANTS MATERIAL STATEMENT OF FACTS

1. Admit.

2. Admit.

3. Admit

4. Admit.

5. Admit

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Deny. Discovery has not been completed prior to the Defendant's motion for summary judgment and Plaintiff has not had an opportunity to confirm this alleged fact.

13.  Deny. Discovery has not been completed prior to the Defendant's motion for summary judgment and Plaintiff has not had an opportunity to confirm this alleged fact.

14. Deny. Discovery has not been completed prior to the Defendant's motion for summary judgment and Plaintiff has not had an opportunity to confirm this alleged fact.

15. Deny. Discovery has not been completed prior to the Defendant's motion for summary judgment and Plaintiff has not had an opportunity to confirm this alleged fact.

16. Deny. Discovery has not been completed prior to the Defendant's motion for summary judgment and Plaintiff has not had an opportunity to confirm this alleged fact.

Dated: December 12, 2017

s/Seth J. Andrews_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Ste. 1A
Amherst, New York 14226
(716)564-3288
Email: sandrews@kennethhiller.com